IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**05-20770-CR-COOKE**
**MAGISTRATE JUDGE BROWN**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No.: |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| GLORIA FLORES VELEZ, | : | 18 U.S.C. §1956(h) (Count 1) |
| Defendant. | : | Money Laundering Conspiracy |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
(Money Laundering Conspiracy)

1. Beginning in or about November 2001, and continuing up to the date of this Indictment, within the Southern District of Florida and elsewhere, Defendant **GLORIA FLORES VELEZ**, an accountant for Fabio Ochoa Vazquez, a former leader of the Medellin cartel, did unlawfully, knowingly and intentionally conspire and agree with others known and unknown to the Grand Jury, to commit an offense under Title 18, United States Code, Section 1956, namely:

  (a) to conduct and attempt to conduct a financial transaction affecting interstate or foreign commerce, which transaction involved the proceeds of specified unlawful activity, that is, narcotics trafficking in violation of Title 21, United States Code, Section 846, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

2. It was an object of the conspiracy to conceal the proceeds of narcotics trafficking by disguising the true source of funds used to pay Ochoa's attorneys' fees following his extradition from Colombia to the United States in 2001 for prosecution on narcotics trafficking charges.

## MANNER AND MEANS

3. It was a part of the conspiracy that Defendant **VELEZ** in concert with others, known and unknown to the Grand Jury, caused, attempted to cause or assisted in financial transactions involving the transfer of funds to the United States disguising the proceeds of narcotics trafficking as the proceeds of purported cattle sales.

4. It was further a part of the conspiracy that Defendant **VELEZ** in concert with others, known and unknown to the Grand Jury, caused, attempted to cause or assisted in financial transactions involving the transfer of funds to the United States by attempting to disguise

the source of the proceeds of narcotics trafficking through the use of nominees and third parties who were either non-existent or not engaged in the lawful activities as represented by Defendant **VELEZ** and others known and unknown to the Grand Jury.

5. It was further a part of the conspiracy that, on or about April 28, 2005, Defendant **VELEZ** in concert with others, known and unknown to the Grand Jury, misled U.S. Government agents by lying and concealing evidence regarding the sources and transfer of funds to the United States to pay Ochoa's attorneys' fees.

**(Money laundering conspiracy in violation of Title 18, United States Code, Sections 1956(h) and 2.)**

A TRUE BILL

FOREPERSON

RICHARD WEBER
CHIEF,
ASSET FORFEITURE AND MONEY LAUNDERING SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

GLORIA FLORES VELEZ,

        **Defendant.**
_____/

CASE NO. 05-20770-CR-COOKE MAGISTRATE JUDGE BROWN

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**

**Court Division**: (Select One)

✓ Miami     ___ Key West
___ FTL     ___ WPB     ___ FTP

New Defendant(s)     Yes __X__ No ___
Number of New Defendants     1
Total number of counts     1

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __Yes__
List language and/or dialect __Spanish (Colombian)__

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
(Check only one)     (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | __X__ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | __X__ |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
If yes:
Judge: _____ Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No) _____
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____ District of _____

Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? __X__ Yes _____ No

8. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? _____ Yes __X__ No
If yes, was it pending in the Central Region? _____ Yes _____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? __X__ Yes _____ No

                                                 _/s/ Mark J. Yost_
                                                 MARK J. YOST, Trial Attorney
                                                 Criminal Division, U.S. Department of Justice

*Penalty Sheet(s) attached                                                   REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: Gloria Flores Velez

Case No: 05-20770 CR-COOKE MAGISTRATE JUDGE BROWN

Count #: 1

Money Laundering Conspiracy

18 U.S.C. § 1956

* Max.Penalty:   20 years' imprisonment